## IMPORTANT NOTICE

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance.  Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO: 8:23-cr-352-SDM-NHA

JERALD CALHOUN

_____/

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Based on the results of a hearing under Rule 11, Federal Rules of Criminal

Procedure, the United States Magistrate Judge's report recommends acceptance of the

defendant's plea of guilty.  No timely objection appears. A review of the record

confirms that the requirements of Rule 11 are satisfied. The defendant's plea of guilty

to Counts One of the Indictment is **ACCEPTED,** and the defendant is adjudged

**GUILTY**.

The sentencing will occur on **July 1, 2026**, at **9:00 a.m.** in Courtroom 15A of

the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on April 16, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO:   Counsel of Record
      U.S. Probation Office
      U.S. Marshal Service
      U.S. Pretrial Service