UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:23-cr-352-SDM-NHA

JERALD CALHOUN
_____/

### PRELIMINARY ORDER OF FORFEITURE

The United States moves (Doc. 147) for an order preliminarily forfeiting a SCCY, Model CPX-2, 9-millimeter pistol (SN: C270051); an American Tactical Imports 12-gauge shotgun (SN: 12BD20-11433); thirty-four rounds of CBC 9-millimeter ammunition; two rounds of PMC 9-millimeter ammunition; three rounds of Fiocchi ammunition; and three rounds of Clever ammunition. The United States establishes the requisite connection between the assets and the offense charged in Count One. The motion (Doc. 147) is **GRANTED**. The assets are condemned and forfeited to the United States for disposition subject to 21 U.S.C. § 853(n). Jurisdiction is **RETAINED** to resolve any third-party claim.

ORDERED in Tampa, Florida, on April 20, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE