UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 8:23-cr-352-SDM-NHA

JERALD CALHOUN

**NOTICE OF WITHDRAWAL OF MOTION
FOR FINAL ORDER OF FORFEITURE**

The United States withdraws its previously filed motion for a final order of forfeiture filed on June 24, 2026. Doc. 153. The motion was filed in error. The United States will not seek a final order of forfeiture for the SCCY, Model CPX-2, 9 millimeter pistol (SN: C270051), and an American Tactical Imports 12 gauge shotgun (SN: 12BD20-11433), because the undersigned was notified by the ATF that the firearms were stolen. Therefore, the ATF will return the firearms to its rightful owner.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    s/James A. Muench
       JAMES A. MUENCH
       Assistant United States Attorney
       Florida Bar Number 472867
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       E-mail: james.muench2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system that will send a notice of electronic

filing to counsel of record.

*s/James A. Muench*

JAMES A. MUENCH
Assistant United States Attorney
