# COMMITMENT CHECKLIST

TO:    RECEIVING OFFICER
        DEPARTMENT OF CORRECTIONS

RE:    JERALD L CALHOUN        CASE NUMBER: 2008-CF-000207-01XX-XX

PURSUANT TO FLORIDA STATUTE 944.17, THE FOLLOWING DOCUMENTS/REPORTS ARE SUBMITTED ON THE ABOVE OFFENDER:

[X] *UNIFORM COMMITMENT, JUDGMENT, AND SENTENCE AS WELL AS A CERTIFIED COPY OF THE INDICTMENT OR INFORMATION

[ ] *SHERIFF'S CERTIFICATE AS DESCRIBED IN FLORIDA STATUTE 921.161

[X] *COPY OF PROBABLE CAUSE AFFIDAVIT, OR COPY OF ARREST REPORT WHICH MAY HAVE BEEN USED IN LIEU OF PROBABLE CAUSE AFFIDAVIT    **(DIRECT)**

[X] *COPY OF SENTENCING GUIDELINES SCORESHEET, OR ONE SCORESHEET FOR MULTIPLE ATTACHED

[ ] *COPY OF RESTITUTION ORDER, OR (CHECK ONE OF THE FOLLOWING:)
    [ ] COPY OF COURT'S STATEMENT AS TO WHY RESTITUTION WAS NOT ORDERED

[X] *NAME AND ADDRESS OF VICTIM(S), OR SEE COMPLAINT AFFIDAVIT _____
    [ ] VICTIM'S NAME & ADDRESS NOT AVAILABLE PER STATE ATTORNEY'S OFFICE

[ ] *PRINTOUT OF CURRENT FCIC/NCIC CRIMINAL HISTORY, OR
    [ ] PRINTOUT PROVIDED WITH OTHER COMMITMENT DELIVERED W/OFFENDER THIS DATE

[ ] *PRESENTENCE INVESTIGATION REPORT OR,
    [X] PRESENTENCE INVESTIGATION REPORT NOT MADE AVAILABLE

[ ] *HEALTH INFORMATION TRANSFER SUMMARY (FORM DC4-871), OR
    [ ] NO HEALTH INFORMATION AVAILABLE IN COUNTY RECORDS

[ ] *CLASSIFICATION INFORMATION TRANSFER SUMMARY (FORM DC4-870), OR
    [ ] NO CLASSIFICATION INFORMATION AVAILABLE IN COUNTY RECORDS

[ ] COPY OF PROBATION ORDER

[X] COPY OF MEMO OF THE SENTENCE OF THE COURT (SNAPOUT)

[ ] COPY OF COURT FINDINGS RELATING TO SEXUAL OFFENDERS PER F.S. 943.0435(1)

[ ] WRITTEN FINDINGS PURSUANT TO SECTION 948.06(8)

BY: _____

        DEPUTY/AGENT    BADGE/ID#
        POLK COUNTY

        _____
        DATE

*REQUIRED DOCUMENTATION

PAGE _____ OF _____

# THE STATE OF FLORIDA
## UNIFORM COMMITMENT TO CUSTODY OF DEPARTMENT OF CORRECTIONS

THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT OF FLORIDA,

IN AND FOR POLK COUNTY

CASE NUMBER:        2008-CF-000207-01XX-XX                    DC#: H31211

STATE OF FLORIDA

VS.

JERALD L CALHOUN

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, TO THE SHERIFF OF SAID COUNTY AND THE DEPARTMENT OF CORRECTIONS OF SAID STATE, GREETING:

THE ABOVE NAMED DEFENDANT HAVING BEEN DULY CHARGED WITH THE OFFENSE SPECIFIED HEREIN IN THE ABOVE STYLED COURT, AND THE DEFENDANT HAVING BEEN DULY CONVICTED AND ADJUDGED GUILTY OF AND SENTENCED FOR SAID OFFENSE BY SAID COURT, AS APPEARS FROM ATTACHED CERTIFIED COPIES OF INDICTMENT/INFORMATION, JUDGMENT AND SENTENCE WHICH ARE HEREBY MADE PARTS HEREOF;

NOW THEREFORE, THIS IS TO COMMAND YOU, THE SAID SHERIFF, TO TAKE AND KEEP AND, WITHIN A REASONABLE TIME AFTER RECEIVING THIS COMMITMENT, SAFELY DELIVER THE SAID DEFENDANT, TOGETHER WITH ANY PERTINENT INVESTIGATION REPORT PREPARED IN THIS CASE, INTO THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS OF THE STATE OF FLORIDA TO A RECEPTION CENTER DESIGNATED BY THE DEPARTMENT OF CORRECTIONS, AND, OTHER OFFICIALS, TO KEEP AND SAFELY IMPRISON THE SAID DEFENDANT FOR THE TERM OF SAID SENTENCE IN THE INSTITUTION IN THE STATE CORRECTIONAL SYSTEM TO WHICH YOU, THE SAID DEPARTMENT OF CORRECTIONS, MAY CAUSE THE SAID DEFENDANT TO BE CONVEYED OR THEREAFTER TRANSFERRED. AND THESE PRESENTS SHALL BE YOUR AUTHORITY FOR THE SAME. HEREIN FAIL NOT.

WITNESS THE HONORABLE KEITH SPOTO

JUDGE OF SAID COURT, AND ALSO, THE CLERK AND THE SEAL THEREOF,

THIS 18TH DAY OF JUNE, 2010

RICHARD M. WEISS, CLERK

BY: _____

DEPUTY CLERK

PAGE _____ OF _____

☐ RE-SENTENCING

☒ COMM CONTROL/PROBATION VIOLATOR

## IN THE CIRCUIT COURT, TENTH JUDICIAL CIRCUIT,
## IN AND FOR POLK COUNTY, FLORIDA

DIVISION: F4

CASE NUMBER: 2008-CF-000207-01XX-XX

DC#: H31211

OBTS#: 5301091038

STATE OF FLORIDA

VS.

JERALD L CALHOUN

### JUDGMENT

THE DEFENDANT JERALD L CALHOUN, BEING PERSONALLY BEFORE THIS COURT REPRESENTED BY

NICHOLAS CHABLE MOHR, HIS ATTORNEY OF RECORD, AND THE STATE REPRESENTED BY

VINCENT J PATRUCCO, ASSISTANT STATE ATTORNEY, AND HAVING

**ENTERED A PLEA OF GUILTY TO THE FOLLOWING CRIME(S):**

| COUNT | CRIME | STATUTE | DEGREE |
|-------|-------|---------|--------|
| 001 | BURG (STRUC){NO BATTERY/ASSAULT/WEAPON}, a lesser included offense | 810.02 | F3 |
| 002 | GRAND THEFT OVER $300 LESS THAN $20000 | 812.014 | F3 |

☒ AND NO CAUSE BEING SHOWN WHY THE DEFENDANT SHOULD NOT BE ADJUDICATED GUILTY, IT

IS ORDERED THAT THE DEFENDANT IS HEREBY ADJUDICATED GUILTY OF THE ABOVE CRIME(S).

☒ AND PURSUANT TO SECTION 943.325, FLORIDA STATUTES, HAVING BEEN CONVICTED OF

ATTEMPTS OR OFFENSES AS SPECIFIED THEREBY, THE DEFENDANT SHALL BE REQUIRED TO

SUBMIT BLOOD OR OTHER BIOLOGICAL SPECIMEN FOR DNA ANALYSIS.

☐ DOC-COMMUNITY CONTROL (FOR ADULT OFFENDERS ONLY)-SECTION 827.071, FLORIDA

STATUTES-SEXUAL PERFORMANCE BY A CHILD, 847.0145-SELLING OR BUYING OF MINORS

☐ AND GOOD CAUSE BEING SHOWN; IT IS ORDERED THAT ADJUDICATION OF GUILT BE

WITHHELD. (TO BE CHECKED ONLY IF DEFENDANT IS FINGERPRINTED)

PAGE _1_ OF _7_

In The Circuit Court Tenth Judicial Circuit,
In and For Polk County, Florida

State of Florida
v.

Defendant JERALD CALHOUN

Case No.    CF 08-0207-XX

Division:    VOP

## Monetary Obligations Order ( Non DUI/BUI )
### (Costs are assessed by case)

The above named defendant is hereby ordered to pay the following sums, as checked:

### Mandatory Costs: (Select one)

| | | | |
|---|---|---|---|
| ☐ | $ 498.00 | Felony | F.S. § § 938.01(1), 938.03, 938.05, 938.15, 775.083(2), 939.185(1)(a), 938.19 & Polk C.O. 05-046, 938.27(8) |
| ☐ | $ 303.00 | Misdemeanor | F.S. § § 938.01(1), 938.03, 938.05, 938.15, 775.083(2), 939.185(1)(a), 938.19 & Polk C.O. 05-046, 938.27(8) |

### Additional Mandatory Costs: (Select all that apply)

| | | | |
|---|---|---|---|
| ☐ | $ 15.00 | Involved Drugs or Alcohol (applies to Misdemeanors only) | § 938.13 & Polk C.O. 90-05, 98-64 |
| ☐ | $ 50.00 | Indigency Application Fee/Public Defender | § 27.52(2)(a) |
| ☐ | $ 15.00 | Surcharge on Criminal Traffic Charges (Court Facilities Fund) | § 318.18(13)(a) |
| ☐ | $ 201.00 | Domestic Violence Surcharge | § 938.08 |
| ☐ | $ 151.00 | Rape Crisis Program Trust Fund | § 938.085 |
| ☐ | $ 151.00 | CAC/GAL Trust Fund (Crimes against minors) | § 938.10(1) |
| ☐ | $ 250.00 | Wildlife Fee | § 372.7015 |
| ☐ | $ 3.00 | Radio System Trust Fund (Chapter 316 Felonies) | § 318.18(17) |
| ☒ | $ 100.00 | Public Defender/Court Appointed Attorney Fee | § 938.29(1) |
| ☐ | $ | Additional Public Defender/Court Appointed Attorney Fees | § 938.29(1) |
| ☒ | $ 100 | Additional SAO Cost of Prosecution | § 938.27(8) |

### Fines: (Select all that apply - Enter Amount)

| | | | |
|---|---|---|---|
| ☐ | $ | Fine & 5% surcharge | F.S. § § 775.083(1), 893.13, 893.135, 938.04, 828.12 |
| ☐ | $ | Fine & 5% surcharge (Crimes involving death or injury - not to exceed $10,000) | § § 775.0835(1), 938.04 |
| ☐ | $ 20.00 | Crime Stoppers Trust Fund (only if fine imposed) | § 938.06 |
| ☐ | $ 500.00 | Mandatory Civil Penalty for Violation of § 796.07(2)(f) | § 796.07(6) |

### Discretionary Costs/Fees: (Select all that apply - Enter Amount)

| | | | |
|---|---|---|---|
| ☐ | $ 100.00 | Drug Related Offense | F.S. § 938.25 |
| ☐ | $ | Alcohol and Drug Abuse (up to amount of fine) | § § 938.21, 938.23, Adm. Order 2-72.1 |
| ☐ | $ | Cost of Extradition to PCSO | § 938.27 |
| ☐ | $ | Investigation Costs to _____ | § 938.27 |
| ☐ | $ | Other (explain) _____ | |

TOTAL: $ 200 — Lien

### Restitution: (Select one)

☐ No restitution ordered.
☐ Restitution Ordered. To be paid in accordance with separate Restitution Order.
☐ Jurisdiction is reserved to determine restitution upon motion of the State.

### FDOC costs, and fees:

☒ You shall pay $1.00/month of Supervision within 90 days per F.S. 948.03(1)(o) and Admin. Order 2-64.1 (First Step).
☒ You shall pay $2.00/month of Supervision per F.S. 948.09(1)(a) (training and equip.).
☒ The Court reserves jurisdiction to award costs of incarceration per F.S. 960.291, et. seq.
☒ You shall pay $30.00/month Cost of Supervision.
☒ You shall pay $30.00/month Cost of RF Electronic Monitoring or $50.00/month cost of GPS Monitoring, if applicable.

Unless payment is ordered as a condition of probation, it is further ordered that Judgment is hereby entered in favor of the State of Florida, and/or Clerk of Court, and victim(s) for the sum of the above amounts, together with interest at the lawful rate, for which let execution issue. (§ § 55.10, 960.295, Fla. Stat.) This judgment shall supersede any previous judgment that may have been entered against the defendant in the above referenced case only.

DONE AND ORDERED in Polk County, Florida, this _18_ day of ___June___ 20_10_

Keith P. Spoto / Circuit Judge
Facsimile Circuit Judge
By Florida Statute Section 116.34

CC:    State Attorney
Defense Counsel
Probation & Parole (if applicable)

PAGE _2_ OF _7_

10th Circuit Cost Form 07/2009

**NAME:** Jerald Calhoun
JERALD CALHOUN

**CASE NUMBER:** CF08-207-XX
CF08-000207-XX

**S. S. #:** ▮▮▮▮▮▮

**CHARGES:** SEE SENTENCING FORM

## FINGERPRINTS OF DEFENDANT

**FINGERPRINTS TAKEN BY:** Harriet Love /Bailiff #541 _____ (NAME & TITLE)

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | | | |

**DONE AND ORDERED IN OPEN COURT AT BARTOW, POLK COUNTY, FLORIDA THIS** 18th **DAY OF** June **A.D.,** 2010

**I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING FINGERPRINTS ARE OF THE DEFENDANT,** Jerald Calhoun **, AND THEY WERE PLACED THEREON BY SAID DEFENDANT IN MY PRESENCE, THIS DATE IN OPEN COURT.**

_____
**CIRCUIT / COUNTY JUDGE**
KEITH SPOTO

Page 3 of 7 Pages

Filed Polk County Clerk of Court   2010-07-02 12:50

JERALD L CALHOUN                    CF08-000207-XX                              5301091038

THE DEFENDANT, BEING PERSONALLY BEFORE THIS COURT, ACCOMPANIED BY HIS ATTORNEY, AND HAVING BEEN ADJUDICATED GUILTY HEREIN, AND THE COURT HAVING GIVEN THE DEFENDANT AN OPPORTUNITY TO BE HEARD AND TO OFFER MATTERS IN MITIGATION OF SENTENCE, AND TO SHOW CAUSE WHY HE SHOULD NOT BE SENTENCED AS PROVIDED BY LAW, AND NO CAUSE BEING SHOWN,

(CHECK ONE IF APPLICABLE)

<u>SENTENCE (AS TO COUNT 1)</u>

[ ]  AND THE COURT HAVING ON            DEFERRED IMPOSITION OF SENTENCE UNTIL THIS DATE

[ ]  AND THE COURT HAVING PREVIOUSLY ENTERED A JUDGMENT IN THIS CASE ON   NOW RE-SENTENCES
     THE DEFENDANT

[X]  AND THE COURT HAVING PLACED THE DEFENDANT ON PROBATION/COMMUNITY CONTROL AND HAVING
     SUBSEQUENTLY REVOKED THE DEFENDANT'S PROBATION/COMMUNITY CONTROL

**IT IS THE SENTENCE OF THE COURT THAT:**

[ ]  THE DEFENDANT PAY A FINE OF $  PURSUANT TO F.S. 775.083, FLORIDA STATUTES, PLUS $  AS THE 5%
     SURCHARGE REQUIRED BY SECTION 938.04, FLORIDA STATUTES (SEE COST ORDER)

[X]  THE DEFENDANT IS HEREBY COMMITTED TO THE DEPARTMENT OF CORRECTIONS

[ ]  THE DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE SHERIFF OF POLK COUNTY, FLORIDA

[ ]  THE DEFENDANT IS SENTENCED AS A YOUTHFUL OFFENDER IN ACCORDANCE WITH SECTION 958.04
     FLORIDA STATUTES

**TO BE IMPRISONED (CHECK ONE: UNMARKED SECTIONS ARE INAPPLICABLE):**

[ ]  FOR A TERM OF NATURAL LIFE

[X]  FOR A TERM OF  0 YEAR(S),  25 MONTH(S),  0 DAY(S)

[ ]  SAID SENTENCE SUSPENDED FOR A PERIOD OF  0 YEARS,  0 MONTHS,  0 DAYS SUBJECT TO CONDITIONS
     SET FORTH IN THIS ORDER

**IF "SPLIT" SENTENCE, COMPLETE THE APPROPRIATE PARAGRAPH:**

[ ]  FOLLOWED BY A PERIOD OF  0 YEAR(S),  0 MONTH(S),  0 DAY(S) ON COMMUNITY CONTROL; FOLLOWED
     BY A PERIOD OF  0 YEAR(S),  0 MONTH(S),  0 DAY(S) ON PROBATION  UNDER THE SUPERVISION OF THE
     DEPARTMENT OF CORRECTIONS ACCORDING TO THE TERMS AND CONDITIONS OF SUPERVISION SET
     FORTH IN A SEPARATE ORDER ENTERED HEREIN

[ ]  HOWEVER, AFTER SERVING A PERIOD OF   IMPRISONMENT IN  , THE BALANCE OF THE SENTENCE SHALL BE
     SUSPENDED AND DEFENDANT SHALL BE PLACED ON PROBATION/COMMUNITY CONTROL FOR A PERIOD OF
     UNDER SUPERVISION OF THE DEPARTMENT OF CORRECTIONS ACCORDING TO THE TERMS AND
     CONDITIONS OF PROBATION/COMMUNITY CONTROL SET FORTH IN A SEPARATE ORDER ENTERED HEREIN

IN THE EVENT THE DEFENDANT IS ORDERED TO SERVE ADDITIONAL SPLIT SENTENCES, ALL INCARCERATION PORTIONS SHALL BE SATISFIED BEFORE THE DEFENDANT BEGINS SERVICE OF THE SUPERVISION TERMS.

IT IS FURTHER ORDERED THAT THE SENTENCE IMPOSED FOR THIS COUNT SHALL RUN:

[ ]  CONSECUTIVE TO:                    [ ]  CONCURRENT WITH
THE SENTENCE SET FORTH IN COUNT  OF THIS CASE

PAGE ___4___ OF ___7___

JERALD L CALHOUN                          CF08-000207-XX                          5301091038

THE DEFENDANT, BEING PERSONALLY BEFORE THIS COURT, ACCOMPANIED BY HIS ATTORNEY, AND HAVING BEEN ADJUDICATED GUILTY HEREIN, AND THE COURT HAVING GIVEN THE DEFENDANT AN OPPORTUNITY TO BE HEARD AND TO OFFER MATTERS IN MITIGATION OF SENTENCE, AND TO SHOW CAUSE WHY HE SHOULD NOT BE SENTENCED AS PROVIDED BY LAW, AND NO CAUSE BEING SHOWN,

(CHECK ONE IF APPLICABLE)

<u>SENTENCE (AS TO COUNT 2)</u>

[ ] AND THE COURT HAVING ON          DEFERRED IMPOSITION OF SENTENCE UNTIL THIS DATE

[ ] AND THE COURT HAVING PREVIOUSLY ENTERED A JUDGMENT IN THIS CASE ON   NOW RE-SENTENCES THE DEFENDANT

[X] AND THE COURT HAVING PLACED THE DEFENDANT ON PROBATION/COMMUNITY CONTROL AND HAVING SUBSEQUENTLY REVOKED THE DEFENDANT'S PROBATION/COMMUNITY CONTROL

**IT IS THE SENTENCE OF THE COURT THAT:**

[ ] THE DEFENDANT PAY A FINE OF $  PURSUANT TO F.S. 775.083, FLORIDA STATUTES, PLUS $  AS THE 5% SURCHARGE REQUIRED BY SECTION 938.04, FLORIDA STATUTES (SEE COST ORDER)

[X] THE DEFENDANT IS HEREBY COMMITTED TO THE DEPARTMENT OF CORRECTIONS

[ ] THE DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE SHERIFF OF POLK COUNTY, FLORIDA

[ ] THE DEFENDANT IS SENTENCED AS A YOUTHFUL OFFENDER IN ACCORDANCE WITH SECTION 958.04 FLORIDA STATUTES

**TO BE IMPRISONED (CHECK ONE: UNMARKED SECTIONS ARE INAPPLICABLE):**

[ ] FOR A TERM OF NATURAL LIFE

[X] FOR A TERM OF  0 YEAR(S),  <u>25 MONTH(S),  0 DAY(S)</u>

[ ] SAID SENTENCE SUSPENDED FOR A PERIOD OF  0 YEARS,  0 MONTHS,  0 DAYS SUBJECT TO CONDITIONS SET FORTH IN THIS ORDER

**IF "SPLIT" SENTENCE, COMPLETE THE APPROPRIATE PARAGRAPH:**

[ ] FOLLOWED BY A PERIOD OF  0 YEAR(S),  0 MONTH(S),  0 DAY(S) ON COMMUNITY CONTROL; FOLLOWED BY A PERIOD OF  0 YEAR(S),  0 MONTH(S),  0 DAY(S) ON PROBATION  UNDER THE SUPERVISION OF THE DEPARTMENT OF CORRECTIONS ACCORDING TO THE TERMS AND CONDITIONS OF SUPERVISION SET FORTH IN A SEPARATE ORDER ENTERED HEREIN

[ ] HOWEVER, AFTER SERVING A PERIOD OF   IMPRISONMENT IN  , THE BALANCE OF THE SENTENCE SHALL BE SUSPENDED AND DEFENDANT SHALL BE PLACED ON PROBATION/COMMUNITY CONTROL FOR A PERIOD OF  UNDER SUPERVISION OF THE DEPARTMENT OF CORRECTIONS ACCORDING TO THE TERMS AND CONDITIONS OF PROBATION/COMMUNITY CONTROL SET FORTH IN A SEPARATE ORDER ENTERED HEREIN

IN THE EVENT THE DEFENDANT IS ORDERED TO SERVE ADDITIONAL SPLIT SENTENCES, ALL INCARCERATION PORTIONS SHALL BE SATISFIED BEFORE THE DEFENDANT BEGINS SERVICE OF THE SUPERVISION TERMS.

IT IS FURTHER ORDERED THAT THE SENTENCE IMPOSED FOR THIS COUNT SHALL RUN:

[ ] CONSECUTIVE TO:                          [X] CONCURRENT WITH
THE SENTENCE SET FORTH IN COUNT 001 OF THIS CASE

PAGE __5__ OF __7__

JERALD L CALHOUN                    CF08-000207-XX                        5301091038

## OTHER PROVISIONS:

**CRIMINAL GANG ACTIVITY**

☐    THE FELONY CONVICTION IS FOR AN OFFENSE THAT WAS FOUND, PURSUANT TO SECTION 874.04, FLORIDA STATUTES, TO HAVE BEEN COMMITTED FOR THE PURPOSE OF BENEFITING, PROMOTING, OR FURTHERING THE INTERESTS OF A CRIMINAL GANG.

**RETENTION OF JURISDICTION**

☐    THE COURT RETAINS JURISDICTION OVER THE DEFENDANT PURSUANT TO SECTION 947.16, FLORIDA STATUTES.

**JAIL CREDIT**

☒    IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL BE ALLOWED A TOTAL OF  88 DAYS AS CREDIT FOR TIME INCARCERATED BEFORE IMPOSITION OF THIS SENTENCE.

☐    PRISON CREDIT - IT IS FURTHER ORDERED THAT THE DEFENDANT BE ALLOWED CREDIT FOR ALL TIME SERVED ON THIS COUNT (OR COUNTS) IN THE DEPARTMENT OF CORRECTIONS PRIOR TO RESENTENCING.

☐    IT IS FURTHER ORDERED THAT THE DEFENDANT BE ALLOWED        DAYS TIME SERVED BETWEEN DATE OF ARREST AS A VIOLATOR FOLLOWING RELEASE FROM PRISON TO THE DATE OF RE-SENTENCING.  THE DEPARTMENT OF CORRECTIONS SHALL APPLY ORIGINAL JAIL TIME CREDIT AND SHALL COMPUTE AND APPLY CREDIT FOR TIME SERVED AND UNFORFEITED GAIN TIME PREVIOUSLY AWARDED ON CASE/COUNT  (OFFENSES COMMITTED BEFORE OCTOBER 1, 1989).

☐    IT IS FURTHER ORDERED THAT THE DEFENDANT BE ALLOWED        DAYS TIME SERVED BETWEEN DATE OF ARREST AS A VIOLATOR FOLLOWING RELEASE FROM PRISON TO THE DATE OF RESENTENCING.  THE DEPARTMENT OF CORRECTIONS SHALL APPLY ORIGINAL JAIL TIME CREDIT AND SHALL COMPUTE AND APPLY CREDIT FOR TIME SERVED ON CASE/COUNT . (OFFENSES COMMITTED BETWEEN OCTOBER 1, 1989 AND DECEMBER 31, 1993).

☐    THE COURT DEEMS THE UNFORFEITED GAIN TIME PREVIOUSLY AWARDED ON THE ABOVE CASE/COUNT FORFEITED UNDER SECTION 948.06(7), FLORIDA STATUTES.

☐    THE COURT ALLOWS UNFORFEITED GAIN TIME PREVIOUSLY AWARDED ON THE ABOVE CASE/COUNT.  (GAIN TIME MAY BE SUBJECT TO FORFEITURE BY THE DEPARTMENT OF CORRECTIONS UNDER SECTION 944.28(1), FLORIDA STATUTES).

☐    IT IS FURTHER ORDERED THAT THE DEFENDANT BE ALLOWED        DAYS TIME SERVED BETWEEN THE DATE OF ARREST AS A VIOLATOR FOLLOWING RELEASE FROM PRISON TO THE DATE OF RESENTENCING.  THE DEPARTMENT OF CORRECTIONS SHALL APPLY ORIGINAL JAIL TIME CREDIT AND SHALL COMPUTE AND APPLY CREDIT FOR TIME SERVED ONLY PURSUANT TO SECTION 921.0017, FLORIDA STATUTES, ON CASE/COUNT (OFFENSES COMMITTED ON OR AFTER JANUARY 1, 1994).

**CONSECUTIVE/CONCURRENT AS TO OTHER CONVICTIONS**

IT IS FURTHER ORDERED THAT THE COMPOSITE TERM OF ALL SENTENCES IMPOSED FOR THE COUNTS SPECIFIED IN THIS ORDER SHALL RUN:

☐    CONSECUTIVE TO:                    ☐    CONCURRENT WITH THE FOLLOWING:

☐    ANY ACTIVE SENTENCE BEING SERVED

☐    SPECIFIC SENTENCES:

PAGE  6  OF  7

Defendant's Name: ~~JERALD L. CALHOUN~~ Jerald Calhoun

Case Number: CF ~~CF08-000207-XX~~ 08-0207-XX

☐ **POLK COUNTY JAIL (NO PROBATION)**          ☑ **FLORIDA STATE PRISON**

In the event the above sentence is to the Department of Corrections, the Sheriff of Polk County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections, at the facility designated by the Department, together with a copy of this judgment and sentence and any other documents specified by Florida Statutes.

The defendant in open Court was advised of his/her right to appeal this sentence by filing a notice of appeal within thirty (30) days from this date, with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said appeal, at the expense of the State, upon showing of indigence.

In imposing the above sentence, the Court further recommends/orders:

UNPAID COST OF SUPERVISION WAIVED

OUTSTANDING COURT COSTS/FINES/FEES (OLD & NEW) IMPOSED TO LIEN

**DONE AND ORDERED, IN OPEN COURT, AT BARTOW, POLK COUNTY, FLORIDA.**

6-18-10

**DATE**      6/18/2010                                    KEITH SPOTO                    **JUDGE**

I certify that a copy of this order
has been furnished to the State
Attorney and the Defense Attorney,
this 7/2/10 of
RICHARD _____ Clerk of Courts    Page 7 of 7 Pages                Revised 5/9/06
By _____

Filed Polk County Clerk of Court   2010-07-02 12:50