17-8287
ID DAVID

## FLORIDA UNIFORM TRAFFIC CITATION — A1OO89P

**COUNTY OF** Polk 05

☐ (1) F.H.P.  ☒ (2) P.D.  ☐ (3) S.O.  ☐ (4) OTHER

**CITY (IF APPLICABLE)** Lakeland 52

**AGENCY NAME** Lakeland PD 52

**AGENCY #** ___

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT** (RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | |
|---|---|---|---|---|
| TUES | 04 | 25 | 2017 | 9:08 ☐A.M. ☒P.M. |

**NAME (PRINT) FIRST** Jerald  **MIDDLE** Cavell  **LAST** Calhoun

**STREET** 1731 Cowry Ave    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ▶

**CITY** Lakeland  **STATE** FL  **ZIP CODE** 33801

**TELEPHONE NUMBER** ___  **DATE OF BIRTH** MO 12 DAY 23 YR 90  **RACE** B  **SEX** M  **HGT** 6-0

**DRIVER LICENSE NUMBER** C Y 5 0 Y 3 2 9 0 Y 6 3 0  **STATE** FL  **CLASS** ID  **CDL LICENSE** ☐YES ☒NO  **YR. LICENSE EXP.** 2017  **COMMERCIAL VEHICLE** ☐YES ☐NO

**YR. VEHICLE** 2008  **MAKE** Buick  **STYLE** 4-dr  **COLOR** Silver  **PLACARDED HAZARDOUS MATERIAL** ☐YES ☐NO

**VEHICLE LICENSE NO.** BWG-8301  **TRAILER TAG NO.** —  **STATE** FL  **YEAR TAG EXPIRES** 2017  **≥ 16 PASSENGERS** ☐YES ☐NO

**UPON A PUBLIC STREET OR HIGHWAY OR OTHER LOCATION, NAMELY** 2300 S. Crystal Lake Dr.  **MOTORCYCLE** ☐YES ☐NO

**COMPANION CITATION NUMBER(S)** ☐YES ☐NO

FT. ___ MILES ___  ☐N ☐S ☐E ☐W OF NODE ___

### DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED ___ MPH SPEED APPLICABLE ___ MPH

(☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT)

SPEED MEASUREMENT DEVICE: ___

☐ CARELESS DRIVING
☐ VIOLATION OF TRAFFIC CONTROL DEVICE
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL
☐ IMPROPER LANE CHANGE OR COURSE
☐ NO PROOF OF INSURANCE
☐ VIOLATION OF RIGHT-OF-WAY
☐ IMPROPER PASSING

☐ CHILD RESTRAINT
☐ SAFETY BELT VIOLATION
☐ IMPROPER OR UNSAFE EQUIPMENT
☐ EXPIRED TAG SIX (6) MONTHS OR LESS
☐ EXPIRED TAG MORE THAN SIX (6) MONTHS
☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☒ NO VALID DRIVER LICENSE
☐ DRIVING UNDER THE INFLUENCE
☐ Passenger Under 18 Yrs.
BAL ___

**OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:** No Valid DL

**RE - EXAM** ☐YES ☒NO

**DL SEIZED** ☐YES ☒NO

☐ AGGRESSIVE DRIVING  IN VIOLATION OF STATE STATUTE  **SECTION** 322.03  **SUB-SECTION** ___

| CRASH | PROPERTY DAMAGE | | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|---|
| ☐YES ☐NO | ☐YES $ ___ | ☐NO | ☐YES ☐NO | ☐YES ☐NO | ☐YES ☐NO |

☒ CRIMINAL VIOLATION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION. COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

**CIVIL PENALTY IS $** ___

**A1OO89P**

**COURT INFORMATION**

DATE ___  TIME ___

COURT ___

LOCATION ___

**ARREST DELIVERED TO** Polk County Jail  **DATE** 4/26/17

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

**RANK - NAME OF OFFICER** ___  **BADGE NO.** 118  **ID. NO.** 5C4  **TROOP UNIT** ___

☒ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (Rev. 07/12)

F2

**CF17-003699**

**AFFIDAVIT** **Police** . **Department**

FORM #9013A - Revised 05/27/10



| Agency ORI Number<br>**FL0531200** | **City of Lakeland** , | **Lakeland, FL** | INCIDENT NUMBER<br>**170008287** |
|---|---|---|---|

| JUVENILE | **X** ADULT | BOOKING # **1716157** | OBITS# |
|---|---|---|---|

## IN CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FL

SUBMITTING MEMBER **MATHERS,ERIC** MEMBER # **21102**

DATE /TIME OF ARREST/INCIDENT **4/25/2017  21:08:00**

LOCATION OF INCIDENT **2300 CRYSTAL LAKE DR S LAKELAND**

___ NOTICE TO APPEAR ___ COMPLAINT AFFIDAVIT **X** ARREST REPORT

CITY OF **City Limits Lakeland** , COUNTY OF POLK , STATE OF FLORIDA

RIGHT THUMB PRINT

THE UNDERSIGNED AFFIANT SWEARS SHE/HE HAS JUST AND REASONABLE GROUNDS TO BELIEVE THAT ON **04/25/17** AT

APPROXIMATELY **21:08:00** IN THE VICINITY OF **LAKELAND** POLK COUNTY, FLORIDA

**CALHOUN,JERALD LAVELL** ALIAS

| LAST | FIRST | MIDDLE | |
|---|---|---|---|

ADDRESS **1731 LOWRY AVE  LAKELAND, FL 33801** PHONE

RACE/SEX **B/M** DOB **12/23/1990** HT **602** WT **260** EYE **BLK** HAIR **BRO** COMP ___ BUILD **Large**

SPEECH **NOR** SCARS ___ POB **LAKELAND, FL** MARITAL STATUS **SINGLE**

DL# **C450432904630** ST **FL** SS# ___ OCCUPATION **NONE**

EMPLOYER/SCHOOL **UNEMPLOYED** PHONE

JUV-PARENTS ___ PHONE **n/a**

### NOTICE TO APPEAR/OF APPOINTMENT

I AGREE TO APPEAR IN COURT/JAC AT _____, FLORIDA ON _____ 20 ____ AT _____ AM/PM TO ANSWER THE CHARGE(S) IN THIS COMPLAINT OR TO PAY THE PRESCRIBED FINE FOR THIS OFFENSE. I UNDERSTAND THAT A WILFUL FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR MY ARREST AND MAY BE A NEW OFFENSE (DO NOT BE LATE).

| Defendant/Violators Signature | Parent/Guardian Signature | Date |
|---|---|---|

**COMMITTED THE OFFENSE(S) OF:**

| | | | | |
|---|---|---|---|---|
| CANNABIS POSSESS Not More Than 20 grams | FSS/FAC/CO | 893.13(6)(B) Counts: 1 | LEVEL/DEGREE | M1 |
| Resist Officer w/o Viol. | FSS/FAC/CO | 843.02 Counts: 1 | LEVEL/DEGREE | M1 |
| Poss./Use Narcotic Paraphernalia | FSS/FAC/CO | 893.147(1) Counts: 1 | LEVEL/DEGREE | M1 |
| Destroy/Tamper with/Fabricate Physl.Eviden | FSS/FAC/CO | 918.13 Counts: 1 | LEVEL/DEGREE | F3 |
| DRUGS Keep Shop/Veh Etc For Drugs 1st Viol | FSS/FAC/CO | 893.13(7)(A)5. Counts: 1 | LEVEL/DEGREE | M1 |
| POSS OF MDMA (ECSTASY) WIT SELL | FSS/FAC/CO | 893.13(1)(A)1******** Counts: 1 | LEVEL/DEGREE | F2 |
| Resist Officer with Violence | FSS/FAC/CO | 843.01. Counts: 1 | LEVEL/DEGREE | F3 |
| Deprive Ofcr Means of Protect/Communicat | FSS/FAC/CO | 843.025. Counts: 1 | LEVEL/DEGREE | F3 |
| POSS OF AMPHETAMINE | FSS/FAC/CO | 893.13(6A)****.. Counts: 1 | LEVEL/DEGREE | F3 |

**CF17-003699**

**Filed Polk County Clerk of Court   04/27/2017 09:55 AM**

AFFIDAVIT CONTINUATION

**Police** **Department**

FORM #9013A - Revised 05/27/10

| Agency ORI Number | | | | INCIDENT NUMBER |
| --- | --- | --- | --- | --- |
| FL0531200 | **City of Lakeland** | | **Lakeland, FL** | 170008287 |

CO-DEFENDANT:

VICTIM/WITNESS:

| Victim: | HALE,PRESTON | W/M | 219 MASSACHUSETTS AVE N | LAKELAND | FL | (863)834-6966 | 3/7/88 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Victim: | ST OF FL | / | | | | N/A | |

PROBABLE CAUSE:

On April 25, 2017 at approximately 2105 hours I, Officer Mathers #118 (Affiant), and Officer Hale #156 (Witness) were on proactive patrol in the area of the 2300 block of S. Crystal Lake Drive in our black, unmarked Ford Explorer. I was driving and Officer Hale was the front passenger. We were both wearing our black tactical uniform with Lakeland Police patches on each sleeve and a silver colored badge embroidered on our left chest. Our Explorer is equipped with two exterior spot lights, interior red and blue emergency lights, and a front brush guard signifying it as a police vehicle. The area that we were in is known as a high crime and high drug area where shootings have taken place and arrests for narcotics are made frequently and recently.

We were traveling eastbound on S. Crystal Lake Drive approaching the intersection of Crystal Grove Drive. We observed a silver Buick four-door vehicle, bearing a Florida temp tag of BWG8301, traveling northbound on Crystal Grove Drive and approaching the intersection of S. Crystal Lake Drive directly in front of us, where there is a stop sign and stop bar visibly marked on the roadway. The vehicle did not stop behind the clearly marked stopped bar and instead it rolled past so that all four tires went beyond the stop bar which is a clear violation of F.S.S. 316.123(2)(a). The windows were also extremely dark tinted. The vehicle turned westbound and we immediately turned around and pulled behind it to conduct a traffic stop.

I activated our emergency lights and chirped the siren. The driver, Jerald Calhoun (Defendant), pulled into a front yard quickly and his front door flung open. Officer Hale quickly made his way to the door and observed Calhoun, whom we know from past dealings to not have a license, putting his left foot on the ground in an attempt to exit the vehicle. Calhoun had his right hand hid near his right waist and Officer Hale was giving him loud clear verbal commands to stay in the vehicle and show his right hand. Calhoun moved his right hand forward slightly and Officer Hale could observe a clear baggie containing an off-white substance protruding from the bottom of his clenched fist that he recognized from his training and experience to be cocaine. He then quickly stood up and made a throwing motion to the northeast direction and threw the baggie of cocaine into the darkness near the residence.

Officer Hale attempted to grab him and place him in custody. Calhoun began digging in his right shorts pocket with his right hand and shoved Officer Hale using his left forearm in the area of Officer Hale's chest/stomach. Due to Calhoun's large stature, Officer Hale was struggling to detain him and Calhoun reached down and grabbed Officer Hale's radio causing it to become disabled and thus depriving him of communication. As this struggle was occurring I drew my Conducted Electrical Weapon (CEW) and pointed it at Calhoun and ordered him to stop or I would "Tase" him. Calhoun paused and I reholstered my CEW. He then made another throwing motion in the same direction and threw a large clump of US Currency. Once he had both hands free, he spun towards Officer Hale and began pushing him away in an effort to break free, so I utilized my CEW and it deployed two darts that struck Calhoun and caused him to go to the ground where Officer Hale was able to place him under arrest. During this encounter we could smell the odor of fresh marijuana emanating from the interior of the vehicle.

Officer Hale began retrieving the money and I ordered Calhoun to stay on the ground. Calhoun resisted these verbal commands and made several attempts to stand up and break free of my grasp. He was eventually placed in the rear of a patrol vehicle and taken to the station.

Officer Hale secured the money which was $886 total, broken down in small denominations of 216-$1's, 4-$5's, 2-$10's, 19-$20's, and 5-$50's which is consistent with street level drug sales. Officer Hale showed me the evidence he located, photographed it, and then recovered the evidence and secured it. Officer Hale located a prescription pill bottle in the cupholder area of the center console that contained a clear baggie of MDMA pills

CF17-003699

**Filed Polk County Clerk of Court   04/27/2017 09:55 AM**

**AFFIDAVIT
CONTINUATION**

**Police**

**Department**



| Agency ORI Number | | | INCIDENT NUMBER |
|---|---|---|---|
| FL0531200 | City of Lakeland | Lakeland, FL | 170008287 |

(with a monkey face) on top of Adderall pills. The label to the prescription bottle was torn so that the name could not be seen but had the description of the pills on it for identification purposes. There was one scale in the center console with loose marijuana. There was loose marijuana all throughout the vehicle. The marijuana and MDMA were field tested and both yielded a positive result. Two large vacuum seal bags in the glovebox with a scale.

I confirmed Calhoun's identity via name, date of birth, and photograph on D.A.V.I.D. I confirmed that he has no valid driver's license and has had multiple suspensions. Officer Hale read him his Miranda rights and he advised that he understood.

Post Miranda Calhoun stated the marijuana in the vehicle belonged to him as did the scales and the packaging because that is how he gets his marijuana and weighs and keeps it in order for him to smoke it. He advised that he does not have a prescription for the Adderall in the vehicle and claimed that it belonged to a friend. He stated he did not know of the MDMA. Calhoun stated that he knew that he was going to jail so he was trying to get rid of his money. He stated he was just "holding" the money for "his people."

K9 Officer Mclaughlin #266 and his K9 partner responded to LPD and conducted a currency sniff on the currency and indicated a positive alert. Calhoun was given citations for the stop bar and window tint and a criminal citation for No Valid DL. Due to the multiple scales, the amount of MDMA being more than for personal use, the currency in small denominations consistent with sale, and the alert from the K9 on the currency probable cause exists that Calhoun was possessing the MDMA with the intent to sale. The vehicle was clearly being kept by Calhoun to sell and or possess the marijuana and MDMA. All evidence was placed in LPD Evidence. I had no further involvement with this case.

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS ___26___ DAY OF    **April 2017**

**This affidavit was electronically signed**

PRESTON,HALE                    21100                    MATHERS,ERIC                    21102

DEPUTY CLERK/NOTARY PUBLIC/LEO                                        AFFIANT

**CF17-003699**