# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.: 8:23-cr-352-SDM-NHA**

**JERALD LAVELL CALHOUN**

_____ /

## NOTICE OF FILING

COMES NOW, the Defendant, Jerald Lavell Calhoun, by and through undersigned counsel, and hereby files the attached *Exhibit A* in support of mitigating factors at the upcoming sentencing hearing set July 1, 2026. Doc.146.

DATED this 29th day of June, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha E. Beckman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender