# Exhibit A

*Letters of Support*

6/9/2026


Honorable Judge Merryday,


My name is Chinta Johnson, and I am writing this letter in support of my brother, Jerald Calhoun.

As Jerald's sister, I have known him my entire life. Growing up together, I witnessed many of the struggles and behavioral challenges he faced from a young age. Our family experienced difficult times, and Jerald often had trouble expressing himself and making good decisions. While I do not excuse the choices that led to his incarceration, I want the Court to know that those choices do not define the entirety of who he is.

Despite his mistakes, Jerald has always been someone who deeply loves his family. He has a caring side that many people may never have the opportunity to see. He has been a brother who could make people laugh, offer support, and show concern for those he loves.

Since his incarceration, I have seen growth and change in Jerald. Through our conversations, I have noticed a greater sense of maturity, accountability, and reflection. He has acknowledged the consequences of his actions and expressed a sincere desire to do better. I believe this time has caused him to think seriously about the direction of his life and the kind of person he wants to become.

I have also heard about some of the hardships he has faced while in prison, including concerns about the food and the overall conditions of incarceration. Even while dealing with those difficulties, he has continued to push forward. I have seen him become more appreciative of family, more thoughtful in his words, and more focused on making positive changes.

Jerald is more than the worst decision he has ever made. He is a son, a brother, and a person with the potential to continue growing and contributing positively to society. Our family remains committed to supporting him and helping him succeed as he continues on this path of personal growth and rehabilitation.

I respectfully ask that you consider the progress Jerald has made, the remorse he has

shown, and the person he is working hard to become. Thank you for taking the time to read my letter and consider my perspective as his sister.

Sincerely,

Chinta Johnson

Sister of Jerald Calhoun

6/9/2026

Honorable Judge Merryday,

My name is Lisa Stevenson, and I am writing this letter in support of my son, Jerald Calhoun. As his mother, I have known him his entire life and have witnessed both the challenges he has faced and the growth he has shown over the years.

Jerald has struggled with behavioral and personal difficulties since childhood. Despite those struggles, I have always known him to be a loving son with a caring heart. He has made mistakes, as many people do, but those mistakes do not define the entirety of who he is as a person.

Since his incarceration, I have noticed significant changes in Jerald. Through our conversations and interactions, I have seen increased maturity, accountability, and reflection. He has expressed remorse for the choices that led him to prison and has spoken about his desire to become a better man. I believe this experience has given him time to think deeply about his actions and the impact they have had on others.

I have also become aware of some of the hardships he has faced while incarcerated, including concerns about the quality of food and the difficult conditions of prison life. Even in the face of those challenges, he has continued to persevere and work toward personal growth. Rather than allowing those circumstances to harden him, I have seen him become more appreciative, thoughtful, and determined to create a better future for himself.

As his mother, I believe Jerald has the ability to continue making positive changes in his life. He has the support of his family, and we are committed to helping him successfully reintegrate into society and become a productive member of the community. I truly believe he deserves consideration based not only on his past mistakes but also on the progress he has made and the person he is striving to become.

Thank you for taking the time to read this letter and consider my perspective as Jerald's mother. I respectfully ask that you take into account the growth, character, and potential I have witnessed in my son as you make decisions regarding his case.

Sincerely,

Lisa Stevenson

Mother of Jerald Calhoun

**6/10/2026**

**Honorable Judge Merryday,**

I am writing this letter in support of **Jerald Lovell Calhoun**. I have known Jerald since 2015, and he is the father of my child.

Over the years, I have seen Jerald's caring and compassionate nature firsthand. He has always been willing to help others, including those experiencing homelessness and people going through difficult times. He is the type of person who will be there when someone needs support, encouragement, or a helping hand.

Jerald is also a devoted father who loves his children deeply. He makes every effort to be present in their lives and provide for them. He has always put his family first and would often give his last dollar to make sure his children and loved ones were taken care of. His willingness to sacrifice for his family is one of the reasons I feel strongly about supporting him now.

While no person is perfect, I believe Jerald has many positive qualities and has had a meaningful impact on those around him. I am grateful for the support he has given others, and I am proud to offer my support for him in return.

Thank you for taking the time to consider my letter.

**Sincerely,**

Wendy Isaac

5/30/2026

Honorable Judge Merryday,

My name is Melissa Calhoun Corbin. I am Jerald Calhoun's Auntie. I am his Mom Lisa Calhoun's sister.

My nephew is a very good nephew, daddy, brother and son he tries so very hard for his family. Just before his last arrest I was going to his home visiting him, he was always home taking care of his kids who he loves so very much. Since he's been lock up we talk about when he gets out. We talk about him getting CDL licenses because since he's been lock up I got my CDL and when he gets out that's one of the first thing we gonna work on him getting. He told me "Auntie this is his last time going in that place." He can't take it. He wants to be out to watch his kids grow and guide them the right way in life and that's my number one goal is to help him do what needs to be done for him and his kids.

Sincerely,

Melissa Calhoun Corbin

Aunt of Jerald Calhoun