UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:23-cr-352-SDM-NHA | DATE: | July 1, 2026 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **JERALD CALHOUN** | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL <br> Samantha Beckman, AUSA | |
| | | DEFENSE COUNSEL <br> Ryan Maguire, AFPD | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:07 AM – 11:01 AM | TOTAL: 1hr 54 mins | PROBATION: | Ashley Shaw |
| | | COURTROOM: | 15A |

### PROCEEDINGS:   SENTENCING

All parties present and identified for the record.

The defendant previously pleaded guilty as to Count One of the Indictment and is adjudged guilty of this offense.

Government Witness 1: Agent Ryan Brothers
      Direct examination: Samantha Beckman
      Cross examination: Ryan Maguire

Imprisonment: 77 MONTHS

Supervised Release: 3 YEARS

The defendant must participate in a mental health treatment program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

The defendant must participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

The defendant must submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant must inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation

The defendant must cooperate in the collection of his DNA.

The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The defendant must submit to random drug testing not to exceed 104 tests per year.

Fine: WAIVED

Special Assessment: $100.00

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court recommends housing the defendant at FCI Coleman and allowing the defendant to participate in RDAP, a GED program, and any vocational training available.

The defendant is advised of his right to appeal and his right to counsel on appeal.