# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

                         Case No. 8:23-CR-352-SDM-NHA

        Plaintiffs,

v.

JERALD CALHOUN

        Defendants.

_____/

## EXHIBIT LIST

☐ Government   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1. | 7/1/2026 | 7/1/2026 | Special Agent Ryan Brothers | Video of defendant's house. |

86421393;1