# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.: 8:23-cr-352-SDM-NHA**

**JERALD LAVELL CALHOUN**

_____ /

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Jerald Lavell Calhoun, the defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on the 2nd day of July 2026.Doc. 162.

DATED this 6th day of July 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

_/s/ Ryan J. Maguire_
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha E. Beckman, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Public Defender