APPEAL,CUSTODY,SL DOC

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: <u>8:23−cr−00352−SDM−NHA−1</u>

Case title: USA v. Calhoun

Magistrate judge case number:  8:23−mj−02137−SPF

Date Filed: 10/03/2023

Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Natalie Hirt Adams

### <u>Defendant (1)</u>

| | |
|---|---|
| **Jerald Calhoun**<br>*also known as*<br>Jerald Lavell Calhoun | represented by **Ryan J. Maguire**<br>Federal Defender Office, MDFL<br>400 N. Tampa Street<br>Suite 2700<br>Tampa, FL 33602<br>813−228−2715<br>Fax: 813−228−2075<br>Email: <u>ryan_maguire@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
| | **Nicole Valdes Hardin**<br>Federal Public Defender's Office<br>400 N Tampa St Ste 2700<br>Tampa, FL 33602−4726<br>813−228−2715<br>Fax: 813−228−2562<br>Email: <u>nicole_hardin@fd.org</u><br>*TERMINATED: 09/18/2023*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

### <u>Pending Counts</u>

18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC.
(1)

### <u>Disposition</u>

Imprisonment: 77 months; Supervised Release: 3 years; Fine: Waived; Special Assessment: $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                    **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                           **Disposition**

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS,
ETC.

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **James A. Muench** |
| | | US Attorney's Office – FLM |
| | | Suite 3200 |
| | | 400 N Tampa St |
| | | Tampa, FL 33602–4798 |
| | | 813/274–6000 |
| | | Email: james.muench2@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Samantha Elizabeth Beckman** |
| | | DOJ–USAO |
| | | Tampa Division |
| | | 400 North Tampa Street |
| | | Suite 3200 |
| | | Tampa, FL 33602 |
| | | 813–274–6000 |
| | | Email: samantha.beckman@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2023 | 1 | COMPLAINT as to Jerald Lavell Calhoun (1). (AMS) [8:23–mj–02137–SPF] (Entered: 09/13/2023) |
| 09/13/2023 | | Arrest of Jerald Lavell Calhoun on 9/13/2023 (AMS) [8:23–mj–02137–SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 3 | |

| | | |
|---|---|---|
| | | ***CJA 23 Financial Affidavit by Jerald Lavell Calhoun. (AMS) [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 4 | ORAL MOTION to Appoint Counsel, ORAL MOTION for Release from Custody by Jerald Lavell Calhoun. (AMS) [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 5 | **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jerald Lavell Calhoun Signed by Magistrate Judge Sean P. Flynn on 9/13/2023. (AMS)** [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 6 | ORAL MOTION for Detention, ORAL MOTION to Continue Detention Hearing by USA as to Jerald Lavell Calhoun. (AMS) [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 7 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: granting 4 Motion to Appoint Counsel as to Jerald Lavell Calhoun (1); granting 6 Motion to Continue as to Jerald Lavell Calhoun (1); Initial Appearance as to Jerald Lavell Calhoun held on 9/13/2023. (Digital) (AMS) (AMS). [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 8 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to Jerald Lavell Calhoun: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (AMS) [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 9 | NOTICE OF HEARING as to Jerald Lavell Calhoun: Status Conference set for 9/20/2023 at 11:00 AM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn (AMS) [8:23−mj−02137−SPF] (Entered: 09/13/2023) |
| 09/13/2023 | 11 | **ORDER appointing Dr. Goldsmith for Competency Evaluation as to Jerald Lavell Calhoun. Signed by Magistrate Judge Sean P. Flynn on 9/13/2023. (AMS)** [8:23−mj−02137−SPF] (Entered: 09/14/2023) |
| 09/15/2023 | 12 | Arrest Warrant Returned Executed on 09/13/2023 as to Jerald Lavell Calhoun. (AA) Modified text on 9/22/2023 (AG). [8:23−mj−02137−SPF] (Entered: 09/15/2023) |
| 09/18/2023 | 13 | NOTICE OF ATTORNEY APPEARANCE: Ryan J Maguire appearing for Jerald Lavell Calhoun and Substitution of Counsel (Maguire, Ryan) (Modified on 9/18/2023 to edit docket text) (JDR). [8:23−mj−02137−SPF] (Entered: 09/18/2023) |
| 09/19/2023 | 14 | Unopposed MOTION to Continue Status Conference by Jerald Lavell Calhoun. (Maguire, Ryan) [8:23−mj−02137−SPF] (Entered: 09/19/2023) |
| 09/19/2023 | 15 | **ENDORSED ORDER granting 14 Motion to Continue Status Conference as to Jerald Lavell Calhoun (1). Status Conference set for 9/28/2023 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. The Defendant's presence is not required. Signed by Magistrate Judge Sean P. Flynn on 9/19/2023. (EJC)** [8:23−mj−02137−SPF] (Entered: 09/19/2023) |
| 09/28/2023 | 17 | ORAL MOTION to Partially Unseal Document, ORAL MOTION to Continue Detention Hearing by Jerald Lavell Calhoun. (EJC) [8:23−mj−02137−SPF] (Entered: 09/29/2023) |

| | | |
|---|---|---|
| 09/28/2023 | 18 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting 17 Oral Motion to Partially Unseal Document; granting 17 Oral Motion to Continue Detention Hearing as to Jerald Lavell Calhoun (1); STATUS Conference as to Jerald Lavell Calhoun held on 9/28/2023. (DIGITAL) (Interpreter/Language: N/A) (EJC) [8:23−mj−02137−SPF] (Entered: 09/29/2023) |
| 09/28/2023 | 19 | NOTICE OF HEARING as to Jerald Lavell Calhoun: re: 18 Order on Motion to Partially Unseal Document, Order on Motion to Continue Detention Hearing. Competency Hearing set for 10/10/2023 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. Detention Hearing set for 10/10/2023 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. (EJC) [8:23−mj−02137−SPF] (Entered: 09/29/2023) |
| 10/03/2023 | 20 | INDICTMENT returned in open court as to Jerald Calhoun (1) count(s) 1. (Attachments: # 1 Restricted Unredacted Indictment) (MCB) (Entered: 10/04/2023) |
| 10/06/2023 | 23 | Unopposed MOTION to Continue Competency Hearing by Jerald Calhoun. (Maguire, Ryan) Modified text on 10/10/2023 (MCB). (Entered: 10/06/2023) |
| 10/06/2023 | 24 | **ENDORSED ORDER granting 23 Motion to Continue Competency Hearing as to Jerald Calhoun (1). Signed by Magistrate Judge Sean P. Flynn on 10/6/2023. (EJC)** (Entered: 10/06/2023) |
| 10/10/2023 | 25 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER denying 4 Motion for Release from Custody as to Jerald Calhoun (1); granting 6 Motion for Detention as to Jerald Calhoun (1); BOND HEARING as to Jerald Calhoun held on 10/10/2023; DETENTION HEARING as to Jerald Calhoun held on 10/10/2023. (DIGITAL) (Interpreter/Language: N/A) (EJC) (Entered: 10/10/2023) |
| 10/10/2023 | 27 | **ORDER OF DETENTION PENDING TRIAL as to Jerald Calhoun. Signed by Magistrate Judge Sean P. Flynn on 10/10/2023. (EJC)** (Entered: 10/10/2023) |
| 10/10/2023 | 28 | NOTICE OF HEARING as to Jerald Calhoun: re: 25 Order on Motion for Release from Custody, Order on Motion for Detention, Bond Hearing and Detention Hearing. Competency Hearing set for 10/27/2023 at 01:00 PM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. Evidentiary Hearing set for 10/27/2023 at 01:00 PM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. (EJC) (Entered: 10/10/2023) |
| 10/12/2023 | 29 | NOTICE OF HEARING as to Jerald Calhoun: Arraignment set for 11/2/2023 at 11:00 AM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (KMN) (Entered: 10/12/2023) |
| 10/17/2023 | 30 | EXHIBIT LIST by Jerald Calhoun (Maguire, Ryan) (Entered: 10/17/2023) |
| 10/17/2023 | 32 | WITNESS LIST by Jerald Calhoun (Maguire, Ryan) (Entered: 10/17/2023) |
| 10/26/2023 | 34 | NOTICE OF ATTORNEY APPEARANCE James A. Muench appearing for USA. (Muench, James) (Entered: 10/26/2023) |
| 10/27/2023 | 37 | ORAL MOTION for Miscellaneous Relief, specifically admit into evidence Exhibit 1 Sealed Forensic Psychological Reports by USA as to Jerald Calhoun. (EJC) (Entered: 10/27/2023) |
| 10/27/2023 | 38 | |

| | | |
|---|---|---|
| | | ORAL MOTION for Miscellaneous Relief, specifically admit into evidence Exhibit 2 Declaration of Dia Boutwell, Ph.D. by Jerald Calhoun. (EJC) (Entered: 10/27/2023) |
| 10/27/2023 | 39 | ORAL MOTION to Stay Arraignment set for November 2, 2023 at 11:00 before U.S. Magistrate Judge Thomas G. Wilson, pending resolution of competency issue by Jerald Calhoun. (EJC) (Entered: 10/27/2023) |
| 10/27/2023 | 40 | Minute Entry for In Person proceedings held before Magistrate Judge Sean P. Flynn: ORAL ORDER granting 37 Motion admit into evidence Exhibit 2 Declaration of Dia Boutwell, Ph.D. as to Jerald Calhoun (1); granting 38 Motion admit into evidence Exhibit 2 Declaration of Dia Boutwell, Ph.D. as to Jerald Calhoun (1); Competency Hearing as to Jerald Calhoun held on 10/27/2023. Court Reporter: Rebecca Sabo (Interpreter/Language: N/A) (EJC) (EJC). (Entered: 10/27/2023) |
| 10/27/2023 | 41 | DEFENDANT'S EXHIBIT 2 admitted for Competency Hearing held on 10/27/23 re 40 Minutes by Jerald Calhoun. (EJC) (Entered: 10/27/2023) |
| 10/27/2023 | 42 | NOTICE OF HEARING as to Jerald Calhoun: re: 40 Competency Hearing. Status Conference set for 2/27/2024 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Sean P. Flynn. NOTE: Defendants presence not required. (EJC) (Entered: 10/27/2023) |
| 10/27/2023 | 44 | **ORDER ON COMPETENCY as to Jerald Calhoun. Signed by Magistrate Judge Sean P. Flynn on 10/27/2023. (EJC)** (Entered: 10/27/2023) |
| 10/27/2023 | 45 | **ENDORSED ORDER granting 39 Motion for Stay as to Jerald Calhoun (1). Signed by Magistrate Judge Thomas G. Wilson on 10/27/2023. (KMN)** (Entered: 10/27/2023) |
| 10/27/2023 | 46 | NOTICE canceling Arraignment hearing scheduled for 11/2/2023 as to Jerald Calhoun. (KMN) (Entered: 10/27/2023) |
| 01/03/2024 | 48 | Case as to Jerald Calhoun Reassigned to US Magistrate Judge Natalie Hirt Adams. New case number: 8:23–cr–00352–SDM–NHA. Magistrate Judge Unassigned Magistrate no longer assigned to the case. (SET) (Entered: 01/03/2024) |
| 02/08/2024 | 49 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 2/27/2024 is rescheduled as to Jerald Calhoun. New hearing date and time: Status Conference set for 2/27/2024 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Natalie Hirt Adams (CDR) (Entered: 02/08/2024) |
| 02/09/2024 | 50 | **ORDER giving notice of correspondence from the Bureau of Prisons. Signed by Judge Steven D. Merryday on 2/9/2024. (Attachments: # 1 Exhibit)(WBW)** (Entered: 02/09/2024) |
| 02/27/2024 | 51 | NOTICE OF HEARING as to Jerald Calhoun: Status Conference set for 5/29/2024 at 10:00 AM in Tampa Courtroom 9 B before Magistrate Judge Natalie Hirt Adams (CDR) (Entered: 02/27/2024) |
| 02/27/2024 | 52 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: Competency status Conference as to Jerald Calhoun held on 2/27/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 03/01/2024) |
| 03/13/2024 | 54 | MOTION for Immediate Release from Custody by Jerald Calhoun. (Maguire, Ryan) Modified text on 3/14/2024 (BD). (Entered: 03/13/2024) |
| 03/26/2024 | 55 | |

| | | NOTICE OF RESCHEDULING HEARING (AS TO COURTROOM ONLY) as to Jerald Calhoun. Status Conference set for 5/29/2024 at 10:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams (CDR) (Entered: 03/26/2024) |
|---|---|---|
| 03/27/2024 | 56 | RESPONSE in Opposition by USA as to Jerald Calhoun re 54 MOTION for Miscellaneous Relief, specifically for immediate release from custody (Beckman, Samantha) (Entered: 03/27/2024) |
| 03/27/2024 | 57 | **ENDORSED ORDER denying 54 Motion for Immediate Release from Custody as to Jerald Calhoun (1). The Defendant was ordered detained pending trial, pursuant to 18 U.S.C. 3142(f), after the Court found that he was a danger to the community and flight risk. Doc. 27. After separately finding the Defendant incompetent to stand trial, the Defendant was ordered, without opposition, to be hospitalized for no more than 4 months, in an effort to restore his competency. Doc. 44; see 18 U.S.C. § 4241(d). The Defendant has now been hospitalized for 79 days. See Doc. 50–1. The Court finds no legal basis to prematurely terminate his hospitalization. The Court likewise finds no legal basis on which the Defendant would be entitled to release, even absent the attempt to restore his competency. Signed by Magistrate Judge Natalie Hirt Adams on 3/27/2024. (Adams, Natalie)** (Entered: 03/27/2024) |
| 05/29/2024 | 58 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: STATUS Conference as to Jerald Calhoun held on 5/29/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 05/29/2024) |
| 06/14/2024 | 61 | NOTICE OF HEARING as to Jerald Calhoun: Competency Hearing set for 6/17/2024 at 03:30 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 06/14/2024) |
| 06/17/2024 | 62 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: STATUS Conference as to Jerald Calhoun held on 6/17/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 06/17/2024) |
| 07/31/2024 | 65 | NOTICE OF HEARING as to Jerald Calhoun: Competency Hearing set for 8/7/2024 at 03:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 07/31/2024) |
| 08/01/2024 | 66 | NOTICE OF HEARING as to Jerald Calhoun: Arraignment set for 8/7/2024 at 03:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 08/01/2024) |
| 08/07/2024 | 67 | ORAL MOTION for Discovery by Jerald Calhoun. (CDR) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 08/08/2024) |
| 08/07/2024 | 68 | ORAL MOTION for Reciprocal Discovery by USA as to Jerald Calhoun. (CDR) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 08/08/2024) |
| 08/08/2024 | 69 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: ORAL ORDER granting 67 ORAL MOTION for Discovery as to Jerald Calhoun (1); ORAL ORDER granting 68 ORAL MOTION for Reciprocal Discovery as to Jerald Calhoun (1); ARRAIGNMENT held on 8/8/2024 Defendant(s) pled not guilty; Competency Hearing as to Jerald Calhoun held on 8/8/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 08/08/2024) |
| 08/08/2024 | 70 | |

| | | |
|---|---|---|
| | | **PRETRIAL DISCOVERY ODER and notice** as to Jerald Calhoun. This case is set before the Honorable Steven D. Merryday; United States District Judge, for the October 2024 trial term beginning 9/30/2024 at 01:30 PM in Tampa Courtroom 15 A. In lieu of a scheduled status conference, the parties shall file on or before the 10th day of each month, a joint status report. Signed by Magistrate Judge Natalie Hirt Adams on 8/7/2024. (CDR) (Entered: 08/08/2024) |
| 08/08/2024 | 72 | **ORDER ON COMPETENCY as to Jerald Calhoun Signed by Magistrate Judge Natalie Hirt Adams on 8/8/2024. (CDR)** (Entered: 08/08/2024) |
| 08/12/2024 | 73 | STATUS REPORT *Joint* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 08/12/2024) |
| 09/10/2024 | 74 | STATUS REPORT *JOINT* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 09/10/2024) |
| 09/24/2024 | 75 | Unopposed MOTION to Continue trial *term* by Jerald Calhoun. (Maguire, Ryan) (Entered: 09/24/2024) |
| 10/01/2024 | 76 | **ORDER granting 75 Motion to Continue as to Jerald Calhoun (1) Jury Trial set for November 2024 trial term. Signed by Judge Steven D. Merryday on 10/1/2024. (DAY)** (Entered: 10/01/2024) |
| 10/03/2024 | 77 | NOTICE OF HEARING as to Jerald Calhoun: Guilty Plea Hearing set for 10/30/2024 at 11:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 10/03/2024) |
| 10/03/2024 | 78 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Plea Hearing previously scheduled for 10/30/2024 is rescheduled as to Jerald Calhoun. New hearing time: Guilty Plea Hearing set for 10/30/2024 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 10/03/2024) |
| 10/04/2024 | 79 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 10/04/2024) |
| 10/29/2024 | 80 | MOTION to Dismiss by Jerald Calhoun. (Maguire, Ryan) (Entered: 10/29/2024) |
| 10/30/2024 | 81 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by Jerald Calhoun (Maguire, Ryan) (Entered: 10/30/2024) |
| 10/30/2024 | 82 | ORAL MOTION for Medical Exam by Jerald Calhoun. (CDR) (Entered: 10/30/2024) |
| 10/30/2024 | 83 | ORAL MOTION to Continue Change of Plea Hearing by Jerald Calhoun. (CDR) (Entered: 10/30/2024) |
| 10/30/2024 | 85 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: MOTION HEARING as to Jerald Calhoun held on 10/30/2024 re 83 MOTION to Continue Change of Plea Hearing filed by Jerald Calhoun. (DIGITAL) (Interpreter/Language: N/A) (CDR) (CDR). (CDR). (Entered: 10/31/2024) |
| 10/30/2024 | 86 | **ORDER granting 82 Motion for Medical Exam as to Jerald Calhoun (1). Signed by Magistrate Judge Natalie Hirt Adams on 10/30/2024. (CDR)** (Entered: 10/31/2024) |
| 10/31/2024 | 84 | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER granting 83 Motion to Continue Plea Hearing as to Jerald Calhoun. Counsel shall move to reset the hearing, if necessary, once 80 Defendant's Motion to Dismiss is resolved. Signed by Magistrate Judge Natalie Hirt Adams on 10/31/2024. (Adams, Natalie)** (Entered: 10/31/2024) |
| 11/06/2024 | 87 | Unopposed MOTION to Continue trial *term* by Jerald Calhoun. (Maguire, Ryan) (Entered: 11/06/2024) |
| 11/08/2024 | 88 | **ORDER granting 87 Motion to Continue as to Jerald Calhoun (1). Jury Trial set for February 2025 trial term. Signed by Judge Steven D. Merryday on 11/8/2024. (DAY)** (Entered: 11/08/2024) |
| 12/11/2024 | 89 | STATUS REPORT *December 2024* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 12/11/2024) |
| 12/27/2024 | 90 | **ORDER denying 80 Motion to Dismiss as to Jerald Calhoun (1). Signed by Judge Steven D. Merryday on 12/27/2024. (AP)** (Entered: 12/27/2024) |
| 01/14/2025 | 91 | ***INCORRECT CASE STYLE; COUNSEL REFILED AT ENTRY 92*** STATUS REPORT *January 2025* by USA as to Jerald Calhoun (Beckman, Samantha) Modified on 1/14/2025 (DAY). (Entered: 01/14/2025) |
| 01/14/2025 | 92 | STATUS REPORT *January 2025* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 01/14/2025) |
| 01/22/2025 | 93 | Unopposed MOTION for Miscellaneous Relief, specifically for determination of defendant's competency and request for competency hearing by Jerald Calhoun. (Maguire, Ryan) (Entered: 01/22/2025) |
| 01/24/2025 | 94 | NOTICE OF HEARING ON MOTION in case as to Jerald Calhoun: 93 Unopposed MOTION for Miscellaneous Relief, specifically for determination of defendant's competency and request for competency hearing . Motion Hearing set for 1/31/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 01/24/2025) |
| 01/24/2025 | 95 | **MEDICAL ORDER as to Jerald Calhoun Signed by Magistrate Judge Natalie Hirt Adams on 1/24/2025. (CDR)** (CDR). (Entered: 01/24/2025) |
| 01/31/2025 | 96 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: MOTION HEARING as to Jerald Calhoun held on 1/31/2025 re 93 Unopposed MOTION for Miscellaneous Relief, specifically for determination of defendant's competency and request for competency hearing filed by Jerald Calhoun. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 01/31/2025) |
| 01/31/2025 | 97 | NOTICE OF HEARING as to Jerald Calhoun: re: 95 Order, 93 Unopposed MOTION for Miscellaneous Relief, specifically for determination of defendant's competency and request for competency hearing . Evidentiary Hearing set for 3/6/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. On the date of the evidentiary hearing, the parties shall provide the Courtroom Deputy with their exhibit lists, exhibits and witness lists, as well as two courtesy binders containing same. Additionally, on the date of the evidentiary hearing, each party shall provide the Courtroom Deputy with a USB containing PDF versions of each exhibit, or e–mail same to: Chambers_FLMD_HIRT_ADAMS@flmd.uscourts.gov. The parties shall notify chambers via e–mail (Chambers_FLMD_HIRT_ADAMS@flmd.uscourts.gov) by February 28, 2025 as to whether audio visual equipment, including the courtroom ELMO, will be |

| | | |
|---|---|---|
| | | needed.(CDR) (Entered: 01/31/2025) |
| 02/13/2025 | 99 | MOTION for issuance of Subpoena by Jerald Calhoun. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Proposed Summons Subpoena Witness)(Maguire, Ryan) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 02/13/2025) |
| 02/13/2025 | 100 | MOTION for issuance of Subpoena *Duces Tecum* by Jerald Calhoun. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Supplement Subpoena Duces Tecum)(Maguire, Ryan) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 02/13/2025) |
| 02/13/2025 | 101 | **ORDER granting 99 Motion for Issuance as to Jerald Calhoun (1). The Clerk of the Court is hereby authorized to issue Subpoenas for the Appearance at the Competency Hearing and Evidentiary hearing. Signed by Magistrate Judge Natalie Hirt Adams on 2/13/2025. (LV)** (Entered: 02/13/2025) |
| 02/13/2025 | 102 | **ORDER granting 100 Motion for Issuance as to Jerald Calhoun (1). The Clerk of the Court is hereby authorized to issue a subpoena duces tecum. Signed by Magistrate Judge Natalie Hirt Adams on 2/13/2025. (LV)** (Entered: 02/13/2025) |
| 03/05/2025 | 103 | Time Sensitive MOTION for Miscellaneous Relief, specifically for expert witness to testify remotely *(Unopposed)* by Jerald Calhoun. (Maguire, Ryan) (CHAMBERS NOTIFIED) Modified text on 3/5/2025 (KME). (Entered: 03/05/2025) |
| 03/05/2025 | 104 | **ENDORSED ORDER granting 103 motion to allow Dr. Mhatre to testify remotely via video conference. Defendant shall contact chambers to provide an email address for Dr. Mhatre where a video invitation can be sent. Defendant will be responsible for, and takes the risks associated with, ensuring Dr. Mahtre can be timely reached and has a clear and reliable connection. Signed by Magistrate Judge Natalie Hirt Adams on 3/5/2025. (Adams, Natalie)** (Entered: 03/05/2025) |
| 03/06/2025 | 105 | WITNESS LIST by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 03/06/2025) |
| 03/06/2025 | 106 | NOTICE OF HEARING as to Jerald Calhoun: Status Conference set for 3/17/2025 at 01:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams (CDR) (Entered: 03/06/2025) |
| 03/06/2025 | 107 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: EVIDENTIARY Hearing as to Jerald Calhoun held on 3/6/2025. Court Reporter: David Collier (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 03/06/2025) |
| 03/17/2025 | 109 | Unopposed MOTION to Continue Competency Hearing by Jerald Calhoun. (Maguire, Ryan) (Entered: 03/17/2025) |
| 03/17/2025 | 110 | **ENDORSED ORDER granting 109 Motion to Continue Competency Hearing as to Jerald Calhoun (1). The hearing scheduled for March 17, 2025 will be rescheduled by separate order. Signed by Magistrate Judge Natalie Hirt Adams on 3/17/2025. (Adams, Natalie)** (Entered: 03/17/2025) |
| 03/17/2025 | 111 | NOTICE canceling Status Conference hearing scheduled for 03/17/2025 as to Jerald Calhoun (CDR) (Entered: 03/17/2025) |

| 03/17/2025 | 112 | NOTICE OF HEARING as to Jerald Calhoun: Status Conference set for 4/2/2025 at 09:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams (CDR) (Entered: 03/17/2025) |
|---|---|---|
| 04/02/2025 | 113 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: STATUS CONFERENCE as to Jerald Calhoun held on 4/2/2025. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 04/03/2025) |
| 04/08/2025 | 114 | **ORDER as to Jerald Calhoun Signed by Magistrate Judge Natalie Hirt Adams on 4/8/2025. (CDR)** (Entered: 04/08/2025) |
| 05/05/2025 | 116 | NOTICE OF HEARING as to Jerald Calhoun: Contempt Hearing set for 5/16/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 05/05/2025) |
| 05/06/2025 | 117 | NOTICE canceling Contempt hearing scheduled for 05/16/2025 as to Jerald Calhoun. Hearing set in error. (CDR) (Entered: 05/06/2025) |
| 05/06/2025 | 118 | NOTICE OF HEARING as to Jerald Calhoun: Competency Hearing set for 5/16/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 05/06/2025) |
| 05/07/2025 | 119 | STATUS REPORT *May 2025* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 05/07/2025) |
| 05/16/2025 | 120 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: Competency Hearing as to Jerald Calhoun held on 5/16/2025. (DIGITAL) (SRC) (Entered: 05/16/2025) |
| 08/14/2025 | 123 | STATUS REPORT *Joint* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 08/14/2025) |
| 11/25/2025 | 124 | NOTICE OF HEARING as to Jerald Calhoun: Competency Hearing set for 12/10/2025 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 11/25/2025) |
| 12/10/2025 | 126 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: STATUS CONFERENCE as to Jerald Calhoun held on 12/10/2025. (DIGITAL) (KMN) (Entered: 12/10/2025) |
| 12/10/2025 | 127 | ORAL MOTION to Continue Competency Hearing by Jerald Calhoun. (KMN) (Entered: 12/10/2025) |
| 12/10/2025 | 128 | **ORAL ORDER granting 127 Motion to Continue Competency Hearing as to Jerald Calhoun (1). Signed by Magistrate Judge Natalie Hirt Adams on 12/10/2025. (KMN)** (Entered: 12/10/2025) |
| 12/10/2025 | 129 | NOTICE OF HEARING as to Jerald Calhoun: Evidentiary Hearing set for 1/7/2026 at 09:00 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (KMN) (Entered: 12/10/2025) |
| 12/31/2025 | 130 | Unopposed MOTION to Continue Evidentiary Hearing by USA as to Jerald Calhoun. (Beckman, Samantha) (Entered: 12/31/2025) |
| 12/31/2025 | 131 | **ENDORSED ORDER granting 130 Unopposed Motion to Continue Competency Hearing as to Jerald Calhoun (1), to allow the defense to produce, and the government to review, the defense's forthcoming competency report. The** |

| | | |
|---|---|---|
| | | **January 7, 2026 hearing will be cancelled. Counsel are directed to file a notice advising the Court of 3 mutually available dates and times for the rescheduled hearing. Signed by Magistrate Judge Natalie Hirt Adams on 12/31/2025. (Adams, Natalie)** (Entered: 12/31/2025) |
| 12/31/2025 | 132 | NOTICE canceling Evidentiary hearing scheduled for 1/7/2026 as to Jerald Calhoun (CDR) (Entered: 12/31/2025) |
| 01/05/2026 | 133 | **ORDER giving notice of correspondence from the Bureau of Prisons. Signed by Senior District Judge Steven D. Merryday on 1/5/2026. (DM)** (Entered: 01/05/2026) |
| 01/09/2026 | 134 | NOTICE OF HEARING as to Jerald Calhoun: Competency Hearing set for 1/23/2026 at 09:45 AM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 01/09/2026) |
| 01/09/2026 | 135 | STATUS REPORT *January 2026* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 01/09/2026) |
| 01/23/2026 | 136 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: Competency Hearing as to Jerald Calhoun held on 1/23/2026. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 01/23/2026) |
| 01/23/2026 | 137 | **ORDER ON COMPETENCY as to Jerald Calhoun Signed by Magistrate Judge Natalie Hirt Adams on 1/23/2026. (CDR)** (Entered: 01/23/2026) |
| 02/19/2026 | 138 | Unopposed MOTION to Continue trial by Jerald Calhoun. (Maguire, Ryan) (Entered: 02/19/2026) |
| 02/23/2026 | 139 | **ORDER granting 138 Motion to Continue as to Jerald Calhoun (1). Jury Trial set for the April 2026 trial term. Signed by Senior District Judge Steven D. Merryday on 2/23/2026. (DAY)** (Entered: 02/23/2026) |
| 03/06/2026 | 140 | NOTICE OF HEARING as to Jerald Calhoun: Guilty Plea Hearing set for 3/27/2026 at 02:00 PM in Tampa Courtroom 11 A before Magistrate Judge Natalie Hirt Adams. (CDR) (Entered: 03/06/2026) |
| 03/10/2026 | 141 | STATUS REPORT *Joint (March 2026* by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 03/10/2026) |
| 03/27/2026 | 142 | CONSENT regarding entry of a plea of guilty as to Jerald Calhoun (CDR) (Entered: 03/27/2026) |
| 03/27/2026 | 143 | CONSENT to institute presentence investigation report as to Jerald Calhoun. (CDR) (Entered: 03/27/2026) |
| 03/27/2026 | 144 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: GUILTY PLEA HEARING as to Jerald Calhoun held on 3/27/2026. (DIGITAL) (Interpreter/Language: N/A) (CDR) (Entered: 03/30/2026) |
| 03/27/2026 | 145 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count(s) One of the Indictment as to Jerald Calhoun. Signed by Magistrate Judge Natalie Hirt Adams on 3/27/2026. (CDR)** (Entered: 03/30/2026) |
| 04/16/2026 | 146 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Count One of the Indictment as to Jerald Calhoun. Signed by Judge Steven D. Merryday on 4/16/2026. (DAY) (Entered: 04/16/2026) |

| 04/20/2026 | 147 | MOTION for Forfeiture of a Preliminary Order by USA as to Jerald Calhoun. (Muench, James) (Entered: 04/20/2026) |
|---|---|---|
| 04/20/2026 | 148 | **ORDER granting motion (Doc. 147) for preliminary forfeiture of assets. Signed by Judge Steven D. Merryday on 4/20/2026. (DM)** (Entered: 04/20/2026) |
| 05/21/2026 | 149 | PROOF OF PUBLICATION as to Jerald Calhoun newspaper: Official Government Internet Site (www.forfeiture.gov) dates of publication: 30 consecutive days from April 21, 2026 through May 20, 2026. (Muench, James) (Entered: 05/21/2026) |
| 06/24/2026 | 153 | MOTION for Forfeiture of a Final Order by USA as to Jerald Calhoun. (Attachments: # 1 Exhibit A)(Muench, James) (Entered: 06/24/2026) |
| 06/24/2026 | 154 | NOTICE of WITHDRAWAL of Motion by USA as to Jerald Calhoun re 153 Motion for Forfeiture filed by USA (Muench, James) (Entered: 06/24/2026) |
| 06/24/2026 | 155 | **ORDER denying as moot motion (Doc. 153) for final order of forfeiture of property. Signed by Judge Steven D. Merryday on 6/24/2026. (DM)** (Entered: 06/24/2026) |
| 06/26/2026 | 156 | SENTENCING MEMORANDUM by USA as to Jerald Calhoun (Attachments: # 1 State Court Other Documents Judgment Polk County Case 2008CF207, # 2 Affidavit Arrest Affidavit of Eric Mathers)(Beckman, Samantha) (Entered: 06/26/2026) |
| 06/29/2026 | 158 | NOTICE *of filing* by Jerald Calhoun (Attachments: # 1 Exhibit A –Letters of Support)(Maguire, Ryan) (Entered: 06/29/2026) |
| 06/29/2026 | 159 | WITNESS LIST by USA as to Jerald Calhoun (Beckman, Samantha) (Entered: 06/29/2026) |
| 07/01/2026 | 161 | Minute Entry for In Person proceedings held before Judge Steven D. Merryday: SENTENCING held on 7/1/2026 for Jerald Calhoun (1), Count(s) 1, Imprisonment: 77 months; Supervised Release: 3 years; Fine: Waived; Special Assessment: $100.00. Court Reporter: Rebecca Sabo (DAY) (Entered: 07/02/2026) |
| 07/02/2026 | 162 | **JUDGMENT as to Jerald Calhoun (1), Count(s) 1, Imprisonment: 77 months; Supervised Release: 3 years; Fine: Waived; Special Assessment: $100.00 Signed by Judge Steven D. Merryday on 7/1/2026. (DAY)** (Entered: 07/02/2026) |
| 07/02/2026 | 164 | EXHIBIT LIST by Jerald Calhoun.Exhibit 1 is a video located in the Clerk's Vault. (DAY) (Entered: 07/02/2026) |
| 07/06/2026 | 165 | NOTICE OF APPEAL by Jerald Calhoun re 162 Judgment. Filing fee not paid. (Maguire, Ryan) (Entered: 07/06/2026) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No.: 8:23-cr-352-SDM-NHA**

**JERALD LAVELL CALHOUN**
_____ /

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Jerald Lavell Calhoun, the defendant

above named, hereby appeals to the United States Court of Appeals for the

Eleventh Circuit from the Judgment in a Criminal Case entered in this action

on the 2nd day of July 2026.Doc. 162.

DATED this 6th day of July 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha E. Beckman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender

Jerald Calhoun
8:23-cr-352-SDM-NHA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JUDGMENT IN A CRIMINAL CASE**

UNITED STATES OF AMERICA

Case Number: 8:23-cr-352-SDM-NHA

v.

USM Number: 77497-510

JERALD CALHOUN

Ryan Maguire, AFPD

The defendant, who pleaded guilty as to Count One of the Indictment, is adjudicated guilty of this offense:

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Felon in Possession of Firearms and Ammunition | September 12, 2023 | One |

As provided in this judgment, the defendant is sentenced in accord with 18 U.S.C. § 3553(a) and the Sentencing Reform Act of 1984, to the extent applicable after *United States. v. Booker*, 543 U.S. 220 (2005).

Until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid, the defendant must notify the United States Attorney for this district within thirty days after any change of name, residence, or mailing address. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of any material change in the defendant's economic circumstances.

Sentence imposed on July 1, 2026

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

July 1st, 2026

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons for imprisonment for **77 MONTHS**.

The Court recommends to the Bureau of Prisons:

Housing the defendant at FCI Coleman .
Allowing the defendant to participate in RDAP, a GED program, and any vocational training available.

The defendant is remanded to the custody of the US Marshal to await designation by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant was delivered to _____

on _____ and was given a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 09/19) Judgment in a Criminal Case

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant must serve **THREE YEARS** on supervised release.

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state, or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. Drug testing is not to exceed 104 tests per year.
4. The defendant must cooperate in the collection of DNA as directed by the Probation Officer.
5. The defendant must comply with the standard conditions adopted by the Middle District of Florida.
6. Also, the defendant must comply with the additional conditions on the attached page.

Jerald Calhoun
8:23-cr-352-SDM-NHA

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  The defendant must report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame. After initially reporting to the Probation Office, the defendant will receive instructions from the court or the Probation Officer about how and when the defendant must report to the Probation Officer, and the defendant must report to the Probation Officer as instructed.

2.  After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when the defendant must report to the Probation Officer, and the defendant must report to the Probation Officer as instructed.

3.  The defendant must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.

4.  The defendant must answer truthfully the questions asked by your Probation Officer

5.  The defendant must live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), the defendant must notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in advance is not possible due to unanticipated circumstances, the defendant must notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

6.  The defendant must allow the Probation Officer to visit you at any time at your home or elsewhere, and the defendant must permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7.  The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment the defendant must try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), the defendant must notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

8.  The defendant must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.

9.  If you are arrested or questioned by a law enforcement officer, the defendant must notify the Probation Officer within **72 hours**.

10. The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and the defendant must comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.

13. The defendant must follow the instructions of the Probation Officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand that I can find further information about these conditions at *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____    Date:_____

AO 245B (Rev. 09/19) Judgment in a Criminal Case

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant must participate in a mental health treatment program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

2. The defendant must participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant must contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

3. The defendant must submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant must inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Jerald Calhoun
8:23-cr-352-SDM-NHA

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accord with the schedule of payments.

| Assessment | Restitution | Fine | AVAA Assessment | JVTA Assessment |
|---|---|---|---|---|
| $100.00 | $0 | WAIVED | N/A | N/A |

# SCHEDULE OF PAYMENTS

In accord with his ability, the defendant must pay the total criminal monetary penalties as follows:

Special Assessment must be paid in full and is due immediately.

Unless expressly ordered otherwise in the special instructions above and if this judgment imposes imprisonment, the defendant must pay a criminal monetary penalty and during the time of imprisonment. A criminal monetary penalty, except a payment, through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are payable to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States attorney.

The defendant must receive credit for any previous payment toward any criminal monetary penalty imposed.

Payments must apply in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245B (Rev. 09/19) Judgment in a Criminal Case