# U.S. District Court
# Middle District of Florida
# Tampa Division

# GOVERNMENT EXHIBIT

**Exhibit No.**: 1

Case No.: 8:23-cr-352-SDM-NHA

UNITED STATES OF AMERICA

vs.

 JERALD CALHOUN

Date Identified: _____

Date Admitted: _____

