**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA FLORIDA**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No.: 8:23-cr-352-SDM-NHA**

**JERALD LAVELL CALHOUN**
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, JERALD LAVELL CALHOUN, in the above-styled cause. The Clerk is requested to enter the appearance of Danielle Musselman, Research and Writing Attorney, as counsel for the defendant for purposes of appeal only.

DATED this 15th day of July 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Danielle Musselman*
Danielle Musselman, Esq.
Research and Writing Attorney
Virginia Bar Number 98321
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-Mail: Danielle_Musselman@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of July 2026, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to the United States Attorney's Office.

*/s/ Danielle Musselman*
Danielle Musselman, Esq.
Counsel of Record